**Denied and Opinion Filed March 6, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00232-CV

## IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND BETTY GENALE THOMAS, Relators

**Original Proceeding from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-23-06609-E**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Partida-Kipness

Before the Court are relators' February 29, 2024 petition for writ of mandamus and emergency motion for temporary relief. In their petition, relators challenge the trial court's orders (1) denying their motion to sever and abate, (2) denying their motions to quash their respective depositions, and (3) granting real party in interest's motion to quash relators' depositions by written questions to certain medical providers. In their emergency motion, relators ask to have their depositions stayed pending our action on the petition.

Entitlement to mandamus relief requires relators to show the trial court clearly abused its discretion and relators lack an adequate appellate remedy. *In re*

*Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition and the record before us, we conclude relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We also deny as moot relators' emergency motion for temporary relief.[1]


/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

240232F.P05

---

[1] Miskel, J., would have granted the emergency motion for temporary relief and requested a response.